USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 16 FEB 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KRIS SERGENTAKIS,

          Plaintiff,

  -against-

THE LEUKEMIA & LYMPHOMA SOCIETY,
INC.; JOHN EHLER WALTER, also known as,
JOHN WALTER, individually, personally and as
CEO of THE LEUKEMIA & LYMPHOMA
SOCIETY, INC.; SKADDEN, ARPS, SLATE,
MEAGHER AND FLOM LLP; and HOLLAND
AND KNIGHT LLP,

          Defendants
------------------------------------------------------------X

CIVIL JUDGMENT

11 Civ. 0542 (PAC) (THK)

Pursuant to the order issued _February 16, 2011_ by the Honorable Paul A. Crotty, United States District Judge, dismissing the Complaint, it is,

ORDERED, ADJUDGED AND DECREED: That the Complaint is dismissed. Fed. R. Civ. P. 12(b)(1); Fed. R. Civ. P. 12(h)(3). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Order would not be taken in good faith.

                                                  PAUL A. CROTTY
                                              United States District Judge

Dated:
     New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.