# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT
FILED
AUG 0 3 2011
S. D. OF N.Y.

------------------------------------------------------------X

KRIS SERGENTAKIS,

                    Plaintiff,

        -against-

THE LEUKEMIA & LYMPHOMA SOCIETY,
INC., et al.,

                    Defendants.

------------------------------------------------------------X

11 **CIVIL** 0542 (PAC)(THK)

## JUDGMENT

      Plaintiff having moved under Fed. R. Civ. P. 59 and 60 for an order granting relief from the judgment, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on July 29, 2011, having rendered its Order denying Sergentakis's motion, and directing the Clerk of Court to enter judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 29, 2011, Sergentakis's motion is denied.

**Dated:**  New York, New York
         August 3, 2011

                                 **RUBY J. KRAJICK**

                                   **Clerk of Court**

               **BY:**

                                   **Deputy Clerk**

                      THIS DOCUMENT WAS ENTERED
                      ON THE DOCKET ON _____